

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00708-CV

Stephen Lee **GRAY**,
Appellant/Cross-Appellee

v.

Martha Ellen **GRAY**,
Appellee/Cross-Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-18391
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:   February 25, 2009

DISMISSED

Appellant/cross-appellee Stephen Lee Gray has notified the court that all issues related to his appeal against appellee/cross-appellant Martha Ellen Gray have been settled. Appellant/cross-appellee's motion to dismiss is granted, and his appeal is dismissed. *See* TEX. R. APP. P. 42.1. This dismissal does not affect the status of appellee/cross-appellant Martha Ellen Gray's appeal.

PER CURIAM